UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM BRIAN ROBINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:08-0235 |
| ) | JUDGE HAYNES |
| JIM MORROW, WARDEN, ) | |
| ) | |
| Respondent. ) | |

## DISCOVERY ORDER

As agreed by the parties, the Court enters the following discovery order. It is hereby ordered that within fourteen days of the entry of this order the Clerk of the Court for the Davidson County Criminal Court (the "Clerk") shall transmit to Dr. Brian Wraxall, Serological Research Institute, 3053 Research Drive, Richmond, CA 94806-5206, the following designated items of evidence which have been made exhibits in *State v. William Robinson,* Case No. 2001-A-383 (Davidson County Criminal Court) and are currently in possession of the Clerk:

Trial Exhibit 12, Steak knife

Trial Exhibit 13, Butcher knife

Trial Exhibit 20, Robinson's pants and shirt.

The Clerk shall transmit these exhibits by: (1) wrapping each item securely and separately from the other items; (2) delivering the items to a third-party commercial carrier for delivery directly to Dr. Wraxall at the address listed above; and (3) obtaining tracking and certified

delivery services on the package. Counsel for each party shall be given the opportunity to inspect and photograph the exhibits before they are packaged and transmitted.

Dr. Wraxall shall secure the evidence and maintain the chain of custody while the evidence is within his possession and control. After evaluation of the evidence, Dr. Wraxall shall return the items to the Clerk via the same delivery service used by the Clerk. The Clerk shall then return the items to storage.

Entered this the \_\_\_4th\_\_\_ day of \_\_\_January\_\_\_, 20\_10\_.

_____
WILLIAM J. HAYNES, JR.
United States District Judge

2

Case 3:08-cv-00235   Document 25   Filed 12/22/2009   Page 2 of 2
Case 3:08-cv-00235   Document 27   Filed 01/04/10   Page 2 of 2 PageID #: 1425