UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM B. ROBINSON,<br>Petitioner, | )<br>)<br>) |
| v. | )  NO. 3:08-CV-0235<br>)  JUDGE HAYNES |
| JIM MORROW, Warden,<br>Respondent. | )<br>)<br>) |

*handwritten annotation:* Exp Sur / The motion is GRANTED / William Haynes / 7-6-10

## PETITIONER'S MOTION TO EXPAND THE RECORD

Pursuant to Habeas Rule 7, the petitioner moves the Court to expand the record by ordering the inclusion of the two documents identified below. These materials have been submitted to the Court in a contemporaneously filed Notice of Filing Documents.

Rule 7 of the Rules Governing Section 2254 Cases authorizes the district court to "direct the parties to expand the record by submitting additional materials relating to the petition." It provides: "The materials that may be required include letters predating the filing of the petition, documents, exhibits, and answers under oath to written interrogatories propounded by the judge. Affidavits may also be submitted and considered as part of the record." *Id.* Robinson requests that this Court order the following documents, which both pertain to his *Brady* claim based on newly discovered evidence, be included in the record:

1. DNA Analytical Report of Serological Research Institute, dated June 1, 2010; and
2. Affidavit of Robert J. Turner, dated June 7, 2010.

For the reasons stated herein, Robinson respectfully requests that this Court grant this Motion and order that the foregoing documents be included in the record.