IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM ROBINSON, | ) |
| Petitioner, | ) CASE NO. 3:08-00235 |
| | ) JUDGE HAYNES |
| v. | ) |
| WILLIAM MORROW, Warden, | ) |
| Respondent. | ) |

## O R D E R

Before the Court is Respondent's motion to stay proceedings and hold in abeyance pending exhaustion of state court remedies (Docket Entry No. 39). Upon review of the file, Respondent's motion to stay (Docket Entry No. 39) is **GRANTED**. This action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon the motion of either party once Petitioner has exhausted his state court remedies.

It is so **ORDERED**.

ENTERED this the 25th day of August, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge