# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

WILLIAM BRIAN ROBINSON,                )
                                       )
    Petitioner,    )
                                       )
v.                                     )   **No. 3:08-0235**
                                       )   **JUDGE HAYNES**
JIM MORROW, WARDEN,                    )
                                       )
    Respondent.    )

*[handwritten in margin: ORDER. This motion is GRANTED. Petitioner has thirty (60) days to file an amended petition. Respondent has 30 days to file a response. [signature] WJ⋯ 2-7-11]*

---

### AGREED MOTION TO REOPEN CASE
### AND TO ALLOW AMENDMENT OF PETITION

---

The parties file this agreed motion to request that the Court re-open this case and permit

William Robinson to amend his petition.

On July 2, 2010, Petitioner William Robinson amended his petition to, *inter alia*, raise a

claim of actual innocence based on recently obtained DNA test results. On August 24, 2010, the

Respondent moved to stay this case and hold it in abeyance to require Robinson to exhaust any

available state remedy. On August 26, 2010, this Court granted that motion for a stay, and then,

on October 21, the Court modified its order by allowing Robinson to conduct certain discovery

during a limited time period. Robinson has now completed that discovery, and he believes he

has identified additional *Brady* materials that relate to fingerprint testing done prior to his trial.

The Respondent does not concede that the material is *Brady* material.

Counsel for both parties have discussed the situation, and propose taking the following

actions so the case may proceed in federal court. Robinson amends his petition by: (1) dropping

his claim of actual innocence, and (2) alleging, as *Brady* materials, the information regarding

fingerprint testing. With the unexhausted actual innocence claim dropped, the Respondent

concludes that there is no available state remedy for the amended petition's remaining claims,