UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM B. ROBINSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | NO. 3:08-cv-0235 |
| | ) | JUDGE HAYNES |
| JIM MORROW, Warden, | ) | |
| Respondent. | ) | |

## PETITIONER'S MOTION FOR LEAVE TO FILE REPLY IN 60 DAYS

Petitioner William Robinson has filed an amended petition, and the State, in response, has raised defenses based on excerpts from transcripts of recent depositions. To adequately prepare his rebuttal to those defenses, Robinson needs to confer with his DNA expert and his former trial counsel. This process will also require further factual investigation. Robinson fully intends to file a responsive pleading. He respectfully requests that the Court grant him a period of sixty days from today – until July 19, 2011 – to file that pleading.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

Counsel for William Robinson