# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM B. ROBINSON, )<br>Petitioner, )<br>)<br>v. )<br>)<br>JIM MORROW, Warden, )<br>Respondent. ) | NO. 3:08-cv-0235<br>JUDGE HAYNES |

## PETITIONER'S MOTION TO CONTINUE FILING DEADLINE

Petitioner William Robinson's current deadline for responding to the State's Answer is July 19, 2011. To support that response, Robinson has requested further DNA analysis from his expert, who originally expected he could meet this July 19th deadline. The expert, however, has just notified Robinson that he needs an additional two weeks to conduct a proper analysis and prepare an appropriate response. Robinson therefore respectfully requests that the Court continue his response deadline until August 2, 2011. Robinson expects that no further continuance will be needed because he is waiting only on the expert's input to file his response.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

Counsel for William Robinson