UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM B. ROBINSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | NO. 3:08-CV-00235 |
| | ) | JUDGE SHARP |
| JIM MORROW, Warden, | ) | |
| Respondent. | ) | |

**PETITIONER'S MOTION FOR LEAVE TO FILE MOTION IN EXCESS OF 25 PAGES**

Pursuant to LR 7.01(a), Petitioner William Robinson respectfully moves for leave to file a Motion for Summary Judgment and Incorporated Memorandum that exceeds 25 pages. Robinson needs to file such a lengthy document because he must comprehensively address the record at his state-court murder trial and must also describe the subsequent discovery proceedings and depositions undertaken in federal court. Plus he must argue several constitutional theories for habeas-corpus relief, and must address defenses raised by the State. He believes that his Motion is no longer than necessary to clearly state his case and address the issues, and he submits that this Motion for Summary Judgment will facilitate the efficient resolution of his case. Therefore, he respectfully requests leave to file the Motion in excess of 25 pages.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

Counsel for William Robinson